UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Case No. 08-cr-149-01-SM

Hong Bach Nguyen


O R D E R


Defendant's assented-to motion to continue the trial (document no. 14) is granted. Trial has been rescheduled for the June 2009 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than May 22, 2009. On the filing of such waiver, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the exercise of due diligence under the circumstances.

Final Pretrial Conference:     June 5, 2009 at 3:30 PM

Jury Selection:     June 16, 2009 at 9:30 AM

SO ORDERED.

May 11, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal